IDA W. REED, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and McAvoy, JJ., dissent.

WILLIAM A. REED, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and McAvoy, JJ., dissent.

LILLIAN O'MAHONEY, Respondent, v. THE FANDO REALTY CORPORATION, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell, J., dissents and votes for reversal upon the ground that the verdict of the jury based upon the claim of the plaintiff that she fell into a hole outside of the building line of the building was contrary to and against the weight of the credible testimony in the case.

FRED LATTARI, Appellant, v. KOVIDA REALTY CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the judgment reinstated. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; McAvoy and Burr, JJ., d ssent.

CONCETTA CHILLI and Another, Respondents, v. IGNAZIA DIVITA, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the evidence fails to show that the plaintiff Concetta Chilli was in the exercise of due care in descending the stairway. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRY E. MOORE, Appellant, v. WILLIAM R. JONES, Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE LILEOL CORPORATION, Appellant, v. THE FERONIA HOLDING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., dissents.

OSCAR L. RICHARD and Others, Respondents, v. CHARLES F. HUBBS & COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM HERRMANN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ANES, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS LANGOWSKI, Appellant, v. FRIEDA HART and Others, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling and McAvoy, JJ., dissent.

In the Matter of the Application of HOWARD A. HOWELL for an Order Permitting the Inspection and Directing the Preservation of the Ballots Cast for the Office of Member of Assembly in the Twenty-first Assembly District, in the County of New York, in the City of New York, at the General Election Held November 2, 1926.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

53